<sup></sup>

<sup></sup>

<sup></sup>

<sup></sup>

<sup></sup>

<sup></sup>

<sup></sup>

<sup></sup>

<sup></sup>

<sup></sup>

<sup></sup>

<sup></sup>

<sup></sup>

FILED
AUG 25 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>HECTOR IGNACIO HERNANDEZ<br><br>                              Defendant. | Case No.: ED 11-327 M<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P.32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Southern** District of **California** for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- Unknown background or community ties
- Unknown available bail resources
- Prior parole violations / failure to comply with court orders.

1 and/or

2 B.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_____
_____
_____
_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:  8/25/11

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2